**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jack Permison v. Carrie Morris & Dave Ward

Appellate case number:   01-18-00392-CV

Trial court case number:  15-DCV-225441

Trial court:             400th District Court of Fort Bend County

Appellant Jack Permison filed two motions seeking consolidation of this appeal with 01-19-00609-CV, which is an appeal from the final summary judgment order signed by the trial court on July 15, 2019, entered after this Court asked the parties to address a jurisdictional issue.

The motions to consolidate are **DENIED**.

It is so **ORDERED**.

Judge's signature: ___/s/ Peter Kelly_____
                   ☒ Acting for the Court

Panel consists of Justices Kelly, Hightower, and Countiss.

Date: __October 29, 2019__